UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | Criminal Case No. 19-cr- 109-01 JD |
| v.    ) | |
| ) | |
| WILLIAM McKNIGHT    ) | |
| ) | |

## INDICTMENT

**The Grand Jury charges:**

## COUNT ONE
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) –Distributing a Controlled Substance]**

On or about November 7, 2018, in the District of New Hampshire, the defendant,

## WILLIAM McKNIGHT,

did knowingly and intentionally distribute a controlled substance, specifically, fentanyl, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and (b)(1)(C).

## COUNT TWO
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) –Distributing a Controlled Substance]**

On or about November 14, 2018, in the District of New Hampshire, the defendant,

## WILLIAM McKNIGHT,

did knowingly and intentionally distribute a controlled substance, specifically, fentanyl, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and (b)(1)(C).

1

## COUNT THREE
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) –Distributing a Controlled Substance]**

On or about November 19, 2018, in the District of New Hampshire, the defendant,

**WILLIAM McKNIGHT,**

did knowingly and intentionally distribute a controlled substance, specifically, fentanyl, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and (b)(1)(C).

A TRUE BILL

Dated: May 15, 2019                              /s/ FOREPERSON
                                                 FOREPERSON

SCOTT W. MURRAY
United States Attorney


By:     /s/ Joachim H. Barth
        Joachim H. Barth
        Assistant U.S. Attorney

2