PROB 12C
(Rev. 8/18)

# UNITED STATES DISTRICT COURT
for the
**District of New Hampshire**

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:    William McKnight                                    Case Number:   19-CR-109-1-PB

Name of Sentencing Judicial Officer:     Honorable Paul Barbadoro

Date of Original Sentence:    January 9, 2020

Original Offense:   Counts 1 through 3: Distributing a Controlled Substance (Fentanyl)

Original Sentence:    20 months imprisonment, followed by 3 years of supervised release

Revocation:            N/A

Type of Supervision:   Supervised release            Date Supervision Commenced:    November 13, 2020

Assistant U.S. Attorney:  Joachim H. Barth            Defense Attorney:   Eric Wolpin

---

### PETITIONING THE COURT

☒  To issue a warrant
☐  To issue a summons
☐  Other:

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Violation of Mandatory Condition:**  <u>You must not commit another federal, state, or local crime</u>.  On January 25, 2021, in Nashua, NH, the defendant committed the crime of Resisting Arrest/Detention in violation of NH RSA 642:2, when he refused the instructions of a law enforcement officer.<br><br>Evidence in support of this charge includes a police report outlining his conduct with the Nashua Police Department. |
| 2 | **Violation of Mandatory Condition:**  <u>You must not commit another federal, state, or local crime</u>.  On January 25, 2021, in Nashua, NH, the defendant committed the crime of Possession of Controlled Drug in violation of NH RSA 318-B2.<br><br>Evidence in support of this charge includes a police report outlining his conduct with the Nashua Police Department. |
| 3 | **Violation of Standard Condition #8:**  <u>You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer</u>.  On or about |

January 25, 2021, in Nashua, NH, the defendant associated with Tammy Baker, a convicted felon, without the permission of the probation officer.

Evidence in support of this charge includes a police report from the Nashua Police Department outlining the defendant's contact with Baker and the probation officer's testimony that, on January 11, 2021, the defendant was instructed not to have contact with Baker.

4       **Violation of Standard Condition #9:**  <u>If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours</u>.  On or about January 25, 2021, in Nashua, NH, the defendant was arrested by the Nashua, NH, Police Department and subsequently failed to notify the probation officer.

Evidence in support of this charge includes the probation officer's testimony that the defendant did not provide timely notification of his arrest.

U.S. Probation Officer Recommendation:

☒  The term of supervision should be

☒  revoked.

☐  extended for  years, for a total term of  years.

☐  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted by,

/s/*Scott M. Davidson*
Scott M. Davidson
U.S. Probation Officer
603-225-1430
Date:  1/29/2021

Reviewed & Approved by:

/s/*Eric G Gray*
Eric G. Gray
Supervisory U.S. Probation Officer
603-226-7752

THE COURT ORDERS:

William McKnight                               Page 3 of 3                               1/29/21

☐  No action

☒  The issuance of a warrant.  Petition and issuance of the warrant to remain sealed pending arrest.

☐  The issuance of a summons.

☐  Other:

_____

Signature of Judicial Officer

January 29, 2021

_____

Date